915 A.2d 626

**Michael R. SHEMONSKY, Appellant,**

v.

**U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA and Third Circuit Judicial Council, Appellees.**

Supreme Court of Pennsylvania.

Jan. 24, 2007.

***ORDER***

PER CURIAM.

AND NOW, this 24th day of January, 2007, the above-captioned appeal is quashed.